

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Thursday, April 23, 2015

Lisa McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Jani J. Maselli Wood
Harris County Public Defender's Office
1201 Franklin Street
13th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

**Re:** PERAZA, OSMIN
**CCA No.** PD-0100-15, PD-0101-15

Dear Counselors:

The above-styled case is set for submission on Wednesday, May 20, 2015, at 9:00 AM. Please notify this Court within 10 days of the date of this notice whether you will appear for oral argument.

Failure to respond constitutes waiver of oral argument

Please let us know if you have any questions.

Sincerely,

Abel Acosta, Clerk

cc:    District Attorney Harris County (DELIVERED VIA E-MAIL)